UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHEVELLE BARRON, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: S01CV2252 |
| FREDERICK OB/GYN PROFESSIONAL GROUP, P.A., et al. | * | |
| | * | |
| Defendants. | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### STIPULATION OF DISMISSAL

The parties, by their respective undersigned counsel, stipulate and agree that this action shall be, and hereby is, DISMISSED WITH PREJUDICE against Defendants, Drew Farber, M.D. and Rachel Mandel, M.D.

_____
Charles D. Goldman
1155 15th Street, Suite 1004
Washington, DC  20005
(202) 466-7550
Attorney for Plaintiff

_____
Mary Elizabeth Kaslick
102 West Church Street
Frederick, MD 21701
(301) 694-6363
Attorney for Defendants
Fed. Bar No. 09470

_____
Laura N. Venezia
Conklyn & Associates
14 W. Patrick Street, Suite 200
Frederick, MD  21701
(301) 620-1190
Attorney for Plaintiff
Fed. Bar No. 24175

approved.
Beth P. Gesner
USMJ
9-24-02